

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

ADAM BEVELACQUA
Senior Counsel
Tel.: (212) 356-2105
Fax: (212) 356-3509
Email: abevelac@law.nyc.gov

MEMO ENDORSED
See page 2

April 28, 2025

VIA ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Adam Elder et al. v. The City of New York et al., 25-CV-1923 (RMB)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendant City of New York ("City") in the above-referenced matter.  Defendant, with the consent of plaintiff's counsel, writes to respectfully request an adjournment of the April 29, 2025 initial pretrial conference until April 30, May 1, or May 6.  Regretfully, when I wrote to the Court earlier today, I failed to notice a rescheduled conference before Magistrate Judge Lois Bloom in the Eastern District of New York at 10:30 tomorrow morning, which was scheduled before I received this case assignment.  I apologize for my oversight and request that this conference be adjourned to one of the dates that the parties agreed to or to another date convenient for the Court.  The parties thank you for your consideration of this matter.

Respectfully submitted,

*/s/  Adam Bevelacqua*

Adam Bevelacqua
Senior Counsel
Special Federal Litigation Division

**VIA ECF**
Gideon Oliver
Tahanie Aboushi
Attorneys for Plaintiffs

> Adjourned to May 6, 2025 at 11:00 a.m. in Courtroom 17B.
>
> SO ORDERED:
> Date: 4/28/2025
>
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.