UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM ELDER and MOHAMMED ELDER,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD") DEPUTY CHIEF TIMOTHY J. BEAUDETTE, SERGEANT JOEL MOTTOLA, OFFICER ERIC YUDT, OFFICER ANGELO DUARTEROSARIO, and NYPD MEMBERS JOHN/JANE DOES 1-5,

                Defendants.

25 Civ. 1923 (RMB) (JW)

**ORDER**

---

    The Mediator, having advised the Court that "the court-ordered mediation in this case was held and agreement was reached on all issues," *see* Final Report of Mediator #1 (ECF No. 19), it is hereby **ORDERED** that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Date: October 8, 2025
New York, New York

                                                                    **RICHARD M. BERMAN, U.S.D.J.**